UNITED STATES of America, Plaintiff–Appellee,

v.

Orlando FRANCO–ALARCON, also known as Orlando Adan Franco, also known as Orlando Franco Alarcon, also known as Orlando A. Franco, also known as XX Hondaboy, also known as Sergio Alarcon, Defendant–Appellant.

No. 14–20174
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant

---

Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Orlando Franco–Alarcon raises arguments that are foreclosed by *United States v. Rodriguez–Salazar,* 768 F.3d 437, 437–38 (5th Cir.2014), and *United States v. Morales–Mota,* 704 F.3d 410, 412 (5th Cir. 2013). In *Rodriguez–Salazar,* we rejected the argument that the Texas offense of theft is broader than the generic, contemporary definition of theft because the Texas offense, which includes theft by deception, may be committed by taking property with the owner's consent. *Rodriguez–Salazar,* 768 F.3d at 437–38. In *Morales–Mota,* we rejected the argument that the Texas offense of "burglary of a habitation" is broader than the generic, contemporary definition of "burglary of a dwelling" under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because it defines the "owner" of a habitation as a person with a "greater right to possession of the property than the actor." *Morales–Mota,* 704 F.3d at 412. Accordingly, the unopposed motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.